IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THEODORE CHAIRES,

     Plaintiff,

v.                            CASE NO. 4:11-cv-00167-MP -WCS

LARRY CAMPBELL, STATE OF FLORIDA,

     Defendants.

_____/

# O R D E R

     This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate

Judge, which recommends that plaintiff's complaint be dismissed for failure to state a claim

upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff has not

objected to the recommendation, and the time for doing so has passed. Finding no plain error, it

is accordingly

     **ORDERED AND ADJUDGED:**

     1.     The Report and Recommendation of the Magistrate Judge, Doc. 5, is ADOPTED
           and incorporated herein.

     2.     Plaintiff's complaint, Doc. 1, is DISMISSED pursuant to 28 U.S.C. §
           1915(e)(2)(B)(ii).

     **DONE AND ORDERED** this __*1st*__ day of June, 2011

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge